United States District Court
Southern District of Texas
**ENTERED**
April 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANA I REISMANN SEXTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.  4:24-CV-00852 |
| | § | |
| MARGARET ROLLINS, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

On August 22, 2025, the United State Court of Appeals for the Fifth Circuit affirmed this Court's granting the Defendants' Motion to Dismiss (Doc. No. 9) in its entirety. (Doc. Nos. 28, 38, 39). For the reasons set forth in the Fifth Circuit's order, the above-styled case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

It is so ordered.

Signed on this the ___7th___ day of April 2026.

_____
Andrew S. Hanen
United States District Judge